The decision of the United States Army Court of Criminal Appeals is set aside.   The record of trial is returned to the Judge Advocate General of the Army for resubmission to that court for further review.   [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 11–0368/AR.   U.S. v. Brantley R. Tyson.   CCA 20100093.   Review granted on the following issue:

WHETHER AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATES AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUSSELL v. UNITED STATES*, AND THIS COURT'S RECENT OPINIONS IN *MEDINA, MILLER,* AND *JONES.*

No briefs will be filed under Rule 25.